Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| UNITED STATES OF AMERICA, | No. CR04-261JLR |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| BRUCE ERNEST BONIN, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Bruce Ernest Bonin.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice. The outstanding warrant shall be quashed.

DATED this 21ST day of December, 2018.

JAMES L. ROBART
United States District Judge

Presented by:
/s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970